# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-17-00635-CV

**In re Joseph Deeb, d/b/a JD Motors**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator has filed a motion to stay the underlying trial proceedings pending our consideration of his petition for writ of mandamus, stating that the real parties in interest informed him that they do not oppose the request for temporary relief. *See* Tex. R. App. P. 52. We grant the motion and stay all trial court proceedings until twenty days after this Court issues a decision in this original proceeding. *See id.* R. 52.10.

It is so ordered on October 18, 2017.

Before Justices Puryear, Field, and Bourland